JUDITH PEARLMAN et al., Individually and as Taxpayers of the Incorporated Village of Rockville Centre, Appellants, v. JOHN A. ANDERSON, Individually and as the Mayor of the Incorporated Village of Rockville Centre, et al., Respondents.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur. [62 Misc 2d 24.]